IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00915-WJM-SKC

HANNAH BENNETT,
BY AND THROUGH HER CONSERVATOR,
PAUL BENNETT,

    Plaintiff,

v.

CIGNA BEHAVIORAL HEALTH, INC. AND
CIGNA HEALTH AND LIFE INSURANCE COMPANY,

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff, Hannah Bennett by and through her Conservator, Paul Bennett, by and through his attorneys, Jeremy A. Sitcoff and Robyn Levin of LEVIN SITCOFF PC, hereby notify the Court that the above-captioned matter has been settled, each side to bear his and its own attorney's fees and costs. The parties anticipate filing a stipulation for dismissal within thirty (30) days.

Dated this 5th day of August 2021.

    Respectfully submitted,

    **LEVIN SITCOFF PC**

    *s/ Jeremy A. Sitcoff*
    Jeremy A. Sitcoff
    Robyn Levin
    1512 Larimer Street, Suite 650
    Denver, Colorado 80202
    Telephone: (303) 575-9390
    Fax: (303) 575-9385
    jas@levinsitcoff.com
    rl@levinsitcoff.com
    ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August 2021, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was electronically filed with the Clerk of the Court using the CM/ECF system and served on the following by the method indicated which will send notification of said filing to the following email addresses:

Steven R. Reid
Ogletree, Deakins, Nash Smoak & Stewart, P.C.
2000 South Colorado Boulevard
Tower Three, Suite 900
Denver, CO 80222
steve.reid@ogletree.com
*Attorneys for Defendants Cigna Behavioral*
*Health Inc. and Cigna Health and Life*
*Insurance Company*

*s/Nicole R. Peterson*
Nicole R. Peterson

2

Case No. 1:21-cv-00915-WJM-SKC    Document 19    filed 08/05/21    USDC Colorado
pg 3 of 3